IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONWIDE BIWEEKLY ADMINISTRATION, INC.,** an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>**JAN LYNN OWEN**, in her official capacity as Commissioner of the Department of Business Oversight for the State of California,<br><br>Defendant. | 5:14-cv-05166 EJD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING RESPONSE TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION** |

**ORDER**

Pursuant to the Joint Stipulation Regarding Response to Complaint and Briefing Schedule for Preliminary Injunction, and for good cause showing, the Court ORDERS that:

1. Defendant Jan Lynn Owen, Commissioner of the Department of Business Oversight for the State of California, shall have until January 9, 2015 to file her response to the Complaint (DKT#1) and her response to Plaintiff's Motion for Preliminary Injunction (DKT # 5).

2. Plaintiff Nationwide Biweekly Administration Inc. shall have until February 6, 2015 to file a reply in support of its Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: December 8, 2014            By: _____
                                          Edward J. Davila
                                          United States District Court Judge