BRUCE E. H. JOHNSON (State Bar No. 159927)
    brucejohnson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 3rd Avenue, Suite 2200
Seattle, Washington 98101
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700

THOMAS R. BURKE (State Bar No. 141930)
    thomasburke@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

Attorneys for Plaintiffs

A copy of this Order to Relate shall also be filed in, 5:14-CV-05166, Nationwide Biweekly Administration, Inc. v. Jan Lynn Owen.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation; LOAN PAYMENT ADMINISTRATION LLC, an Ohio limited liability company; and DANIEL S. LIPSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN F. HUBANKS, Deputy District Attorney, Monterey County District Attorney's Office, in his official capacity; ANDRES H. PEREZ, Deputy District Attorney, Marin County District Attorney's Office, in his official capacity; MONTEREY COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency; and MARIN COUNTY DISTRICT ATTORNEY'S OFFICE, a County agency,<br><br>Defendants. | Case No. 14-cv-04420-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES |

Plaintiffs have filed an Administrative Motion pursuant to Civil L.R. 3-12 to relate the above-captioned case to *Nationwide Biweekly Administration, Inc. v. Jan Lynn Owen, in her official capacity as Commissioner of the Department of Business Oversight for the State of California*, Case No. 14-cv-05166-EJD.  This Court, having considered Plaintiffs' Motion as well as the concurrently filed stipulation, finds that the two cases concern substantially the same parties, transactions and events, and that it appears that litigation of the cases before different judges would likely result in unduly burdensome duplication of labor and expenses or potentially conflicting results.  Therefore, the Plaintiffs' Administrative Motion to Relate Cases Pursuant to Civil L.R. 3-12 is hereby **GRANTED**.  Accordingly, *Nationwide Biweekly Administration, Inc. v. Jan Lynn Owen, in her official capacity as Commissioner of the Department of Business Oversight for the State of California*, Case No. 14-cv-05166-EJD shall be transferred to Judge Lucy H. Koh.

**IT IS SO ORDERED.**

Dated:   December 16, 2014

_____
LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES
DWT 25503300v1 0100966-000001