UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAN LYNN OWEN, et al.,<br><br>Defendants. | Case No.:14-CV-05166-LHK<br><br>**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 5 |

Before the Court is a motion for preliminary injunction filed by Plaintiff Nationwide Biweekly Administration, Inc. ECF No. 5. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing scheduled for March 12, 2015, at 1:30 p.m. The Court also CONTINUES the case management conference, currently scheduled for March 12, 2015 at 1:30 p.m., to May 6, 2015, at 2 p.m. The parties shall file their joint case management statement by April 29, 2015.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-05166-LHK
ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE