SEAN E. PONIST (SBN 204712)
sponist@ponistlaw.com
**LAW OFFICES OF SEAN PONIST, P.C.**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone:  (415) 798-2222
Fax:  (888) 350-5442

GLENN V. WHITAKER (admitted *pro hac vice*)
gvwhitaker@vorys.com
ERIC W. RICHARDSON (admitted *pro hac vice*)
ewrichardson@vorys.com
NATHAN L. COLVIN (admitted *pro hac vice*)
nlcolvin@vorys.com
**VORYS, SATER, SEYMOUR AND PEASE LLP**
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
Telephone:  (513) 723-4000
Fax:  (513) 852-8450

*Attorneys for Plaintiff Nationwide Biweekly Administration, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., an Ohio corporation,<br><br>                     Plaintiff,<br><br>          vs.<br><br>JAN LYNN OWEN, in her official capacity as Commissioner of the Department of Business Oversight for the State of California,<br><br>                     Defendant. | Case No. 14-cv-05166-LHK<br><br>**NOTICE OF APPEAL** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Plaintiff Nationwide Biweekly Administration Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court granting Defendant's Motion to Dismiss (Doc. 59), entered in this case on June 17, 2015.  A true and accurate copy of that Order is attached hereto.

Dated: June 18, 2015

LAW OFFICES OF SEAN PONIST, P.C.
SEAN E. PONIST

VORYS, SATER, SEYMOUR AND PEASE LLP
GLENN V. WHITAKER
ERIC W. RICHARDSON
NATHAN L. COLVIN

By:   /s/ Glenn V. Whitaker
        Glenn V. Whitaker

*Attorneys for Plaintiff Nationwide Biweekly, Inc.*

## CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, Plaintiff Nationwide Biweekly Administration, Inc. certifies that the parties in this case, and the names, addresses, and telephone numbers of their respective counsel are as follows:

Plaintiff Nationwide Biweekly Administration Inc.

    SEAN E. PONIST (SBN 204712)
    sponist@ponistlaw.com
    **LAW OFFICES OF SEAN PONIST, P.C.**
    100 Pine Street, Suite 1250
    San Francisco, California 94111
    Telephone: (415) 798-2222
    Fax: (888) 350-5442

    GLENN V. WHITAKER (admitted *pro hac vice*)
    gvwhitaker@vorys.com
    ERIC W. RICHARDSON (admitted *pro hac vice*)
    ewrichardson@vorys.com
    NATHAN L. COLVIN (admitted *pro hac vice*)
    nlcolvin@vorys.com
    **VORYS, SATER, SEYMOUR AND PEASE LLP**
    301 East Fourth Street
    Suite 3500, Great American Tower
    Cincinnati, OH 45202
    Telephone: (513) 723-4000
    Fax: (513) 852-8450

<u>Defendant Jan Lynn Owen, in her official capacity as Commissioner of the Department of Business Oversight for the State of California</u>

KAMALA D. HARRIS
**ATTORNEY GENERAL OF CALIFORNIA**
ANNE MICHELLE BURR
**DEPUTY ATTORNEY GENERAL**
Annemichelle.burr@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:  (415) 703-1403
Fax:  (415) 703-5480

Dated:  June 18, 2015

By:   /s/ Glenn V. Whitaker
      Glenn V. Whitaker

*Attorney for Plaintiff Nationwide Biweekly, Inc.*

### CERTIFICATE OF SERVICE

On June 18, 2015, I filed the foregoing document with the Court's CM/ECF filing system, which will serve all parties and counsel of record in this case.

 /s/ Glenn V. Whitaker